# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

INFINITY COMPUTER PRODUCTS INC.

              Plaintiff,

    v.

PANASONIC CORPORATION OF
NORTH AMERICA,

              Defendant.

Civil Action No.:  2:12-cv-06803-NIQA

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between counsel for the respective parties pursuant to Fed. R. Civ. P. 41 that the above-captioned matter is hereby DISMISSED WITH PREJUDICE upon settlement, including all claims herein between the parties, with each party to bear its own costs and fees.

**GREENBLUM & BERNSTEIN PLC**

By: */s/ Michael J. Fink*
    Michael J. Fink
    1950 Roland Clarke Place
    Reston, VA 20191
    Telephone:  703-716-1191
    Email: mfink@gbpatent.com

    Philip D. Priore (PA ID No. 38987)
    MCCORMICK AND PRIORE, P.C.
    1600 John F Kennedy Blvd, Suite 800
    Philadelphia, PA 19103
    Telephone:  215-972-0161
    Email: ppriore@mccormickpriore.com
    *Counsel for Defendant Panasonic*
    *Corporation of North America*

Dated: May 30, 2018

**DILWORTH PAXSON LLP**

By: */s/ Edward F. Behm*
    Thomas S. Biemer (PA ID No. 62644)
    Edward F. Behm, Jr. (PA ID No. 90574)
    John J. Higson (PA ID No. 80720)
    Mark W. Halderman (PA ID No. 307229)
    Nicole N. Lai (PA ID No. 319749)
    1500 Market Street, Suite 3500E
    Philadelphia, PA  19102-2101
    Telephone:  215-575-7155
    Email:  tbiemer@dilworthlaw.com
    Email:  ebehm@dilworthlaw.com
    Email:  jhigson@dilworthlaw.com
    Email:  mhalderman@dilworthlaw.com
    Email:  nlai@dilworthlaw.com
    *Counsel for Plaintiff Infinity Computer*
    *Products Inc.*

{J305029 03509913.DOCX}120193766_2